IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MELISSA M. FREEMAN | § | CASE NO. 09-61109 |
| xxx-xx-6869 | § | |
| | § | CHAPTER 13 |
| | § | |
| | § | |
| DEBTOR | § | |

## CERTIFICATION OF ATTORNEY'S FEES

Comes Now, WILLIAM H. LIVELY, JR., attorney for the above referenced Debtors, and files this his Certification of Attorney's Fees as follows:

1.    I hereby certify that I have provided legal services pertaining to automatic stay litigation in accordance with Local Bankruptcy Rule 2016(h)(1)(B) in that I have rendered the following described legal services:

( X )    I have opposed a motion to lift the automatic stay filed by any creditor pursuant to 11 U.S.C. 362(d) and the opposition of the motion resulted in a benefit to the bankruptcy estate (for example, the automatic stay did not lift after hearing on the merits of the motion; an agreed order was entered into by the parties thereby setting forth conditions on the stay not lifting; etc.).  See Court's Docket #35 .

2.    I understand that the Trustee may rely on this Certification in order to pay the balance owed, if any, of the attorney's fees and, unless a different priority of distribution is set forth in the Debtor(s)' Chapter 13 Plan, such to be paid from the funds, if sufficient, on hand upon confirmation of the plan (or, if the Plan is already confirmed but this Certification is filed prior to the Trustee's Recommendation Concerning Claims, from the funds, if sufficient, on hand upon the filing of this Certification with the Court) with the balance of said fees, if any, to be paid from the Debtor(s)' plan payments thereafter received by the Trustee.

Respectfully submitted,

William H. Lively, Jr.
Attorney at Law
432 S. Bonner Ave.
Tyler, Texas 75702
(903) 593-3001

/s/ William H. Lively, Jr.,
William H. Lively, Jr.