**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Please notify the Court & this office of any changes made after filing to your claim (ex. account number, address, claim assignment, etc.)

Check #: **1087026**
Date: 03/17/2015

Case 09-61109    Doc 43    Filed 03/19/15    Entered 03/19/15 11:38:22    Desc Main Document    Page 1 of 1

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0961109 | 00000 | MELISSA M. FREEMAN<br>Original Check written to:<br>MELISSA M. FREEMAN<br>1302 CR 4912<br>TROUP, TX, 75789 | | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 1010138 | 00000 | ELRICK W. VIDRINE, JR. & KRISTY E. VIDRINE<br>Original Check written to:<br>ELRICK W. VIDRINE, JR.<br>6305 ESTATE BLVD<br>LUMBERTON, TX, 77657 | | 0.00 | 239.17 | 0.00 | 239.17 |