**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court

Check #: 1087026
Date: 03/17/2015

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|--------|---------|----------------|-----------|---------|-----------|----------|-------|
| 0961109 | 00000 | MELISSA M. FREEMAN | | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| | | Original Check written to: | | | | | |
| | | MELISSA M. FREEMAN | | | | | |
| | | 1302 CR 4912 | | | | | |
| | | TROUP, TX,  75789 | | | | | |
| 1010138 | 00000 | ELRICK W. VIDRINE, JR. & KRISTY E. VIDRINE | | 0.00 | 239.17 | 0.00 | 239.17 |
| | | Original Check written to: | | | | | |
| | | ELRICK W. VIDRINE, JR. | | | | | |
| | | 6305 ESTATE BLVD | | | | | |
| | | LUMBERTON, TX,  77657 | | | | | |